FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Jeffery Alan Witham JR )
[Enter above the full name of )
the plaintiff in this action] )
 )
 )
v. ) Docket no.
 )
Hancock County Jail )
 )
Scott Kane )
 )
 )
 )
[Enter above the full name of )
the defendant(s) in this action] )

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes [✓]   No [ ]

    B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s) Jeffery Witham JR

            Defendant(s) District attorney's office Ellsworth maine Animal Control Verona Island maine

        2. Court [If federal court, name the district; if state court, name the county]
            District of Maine

        3. Docket number   1:23-CV-00261-LEW

4. Name of judge whom case was assigned **Lance E Walker**

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] **Still Pending**

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement **Hancock County Jail**

    A. Is there a prisoner grievance procedure in this institution?
       Yes [x]    No [ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [x]    No [ ]

    C. If your answer is "Yes"

        1. What steps did you take? **I Filed a grievance and mailed a letter to Department of Corrections with a copy of the Grievance. Grievance # 23-115**

        2. What was the result? **No one in The Jail spoke to me about the grievance I was Ignored I Got a letter from D.O.C. Telling me to Follow grievance Process and The spoke to Jail aDministrator, But nothing was ever Done.**

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

    A. Name of Plaintiff **Jeffery alan Witham JR**

       Address **50 State Street Suite 5 Ellsworth, me 04605**

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

    B. Name of Defendant **Hancock County Jail, Scott Kane**

       Position **Warden**

       Address **50 State St Suite 10 Ellsworth, me. 04605**

C. Additional Defendant(s) _____

_____
_____
_____

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

On June 27, 2023 I Had an attorney meeting with my attorney Jacob Ferm to get my Cell Phone and to See if we could Find any Evidence of Tampering with it to get Evidence against Hancock County Sheriffs Office and the District attorney's Office in Ellsworth, When asked the Jail Staff

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I would like the Court to Have the Jail Put in a Policy to Protect People From this Happening to others along with Fines and to pay me $500,000.00 in Damages that it caused in my Trial.

Signature of Plaintiff: Jeffery A William Jr

Signed this 31 day of August, 2023

I declare under penalty of perjury that the foregoing is true and correct.

8-31-2023
Date

Signature of Plaintiff: Jeffery A William Jr

to retreive my cell phone from my personals for my attorney and I they left and came back but with instructions that the staff member was instructed to stay in the room with us for that meeting and if I didn't agree we would not be able to have the phone to do the investigation that we needed to do. This violated my attorney client privledge and to be able to speak to my attorney ~~confidentially~~ confidentially about matters that where against the sheriffs office and the District attorney's office. Not only that but I was put in the library that has a camera that records audio. When I asked the jail staff what policy they have in effect for any of this situation they could not answer me, and said they where instructed by the administration to do this. No part of this meeting was kept confidential therefore they violated my legal privilege of attorney client privilege, by putting a guard in the room against my will and recording the meeting on the camera which staff at the jail said they had no way of turning the audio off